PHILLIP A. TALBERT
United States Attorney
SHANE KEMPF
Rule 180 Prosecutor
752 County Road 99W
Willows, CA 95988
(530) 782-2364

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCAS D. ALEXANDER,<br><br>Defendant. | No. 3:23-po-00070-DMC<br><br>**STIPULATION TO VACATE BENCH TRIAL**<br><br>DATE: February 21, 2024<br><br>TIME: 1:30 p.m.<br><br>JUDGE: Hon. Dennis. M Cota |

The parties have entered into a Deferred Prosecution Agreement in this case set to expire on February 21, 2025. Accordingly, it is hereby stipulated and agreed to by the United States, by and through its undersigned counsel, and Defendant, Lucas Dean Alexander, by and through his undersigned counsel, that the bench trial currently set for February 21, 2024 at 1:30 pm be vacated. The parties will contact the Court if any further proceedings are necessary in this case prior to the expiration of the deferred prosecution agreement.

//

//

//

//

//

| | | |
|---|---|---|
| Dated: February 15, 2024 | | PHILLIP A. TALBERT<br>United States Attorney |
| | By: | */s/ Shane Kempf*<br>SHANE KEMPF<br>Rule 180 Prosecutor |
| Dated: February 15, 2024 | | |
| | By: | */s/ Brenden R. Blake*<br>BRENDEN R. BLAKE<br>Counsel for Defendant<br>*(Approved via email on 02/15/2024)* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 3:23-po-00070-DMC |
|---|---|
| Plaintiff, | **ORDER TO VACATE BENCH TRIAL** |
| v. | DATE: February 21, 2024 |
| LUCAS D. ALEXANDER, | TIME: 1:30 p.m. |
| Defendant. | JUDGE: Hon. Dennis M. Cota |

Pursuant to the parties' stipulation, it is hereby ordered that the bench trial presently set for February 21, 2024 at 1:30 pm is vacated.

Dated:  February 20, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE