# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCAS D. ALEXANDER,<br><br>Defendant. | No. 3:23-po-0070-DMC-1<br><br><br><br>ORDER |

On the Government's request following Defendant's successful completion of the terms of a deferred prosecution agreement, this matter is dismissed in its entirety.

IT IS SO ORDERED.

Dated: April 9, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1